Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>   Plaintiff,<br><br>vs.<br><br>American Family Insurance,<br><br>   Defendants. | Case No.: 2:17-cv-02648-DLR<br><br>**NOTICE OF DEPOSITION OF CHARLES BUSHMAN**<br><br>(Assigned to the Honorable Douglas Rayes) |

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Charles Bushman |
| **DATE OF DEPOSITION** | June 29, 2018 |
| **TIME OF DEPOSITION**: | 10:00 AM |
| **PLACE OF DEPOSITION**: | Mills + Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, Arizona 85014 |
| **COURT REPORTER**: | Coash & Coash |
| **METHOD OF RECORDING**: | Stenographic |

**RESPECTFULLY SUBMITTED** this 12th day of June 2018

                                **MILLS + WOODS LAW, PLLC**

                                By      /s/ Jordan C. Wolff
                                     Robert T. Mills
                                     Sean A. Woods
                                     Jordan C. Wolff
                                     5055 North 12th Street, Ste 101
                                     Phoenix, Arizona 85014
                                     *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

>Lynn M. Allen,
>Sitar Bhatt
>TYSON & MENDES, LLP
>706 East Bell Road, Suite 129
>Phoenix, Arizona 85022
>*Attorneys for Defendant American Family Insurance*

/s/ Jordan C. Wolff