Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> American Family Insurance, a licensed ) <br> insurance company, ) <br> ) <br> Defendant. ) <br> ) | No. 2:17-CV-2648-PHX-DLR <br><br> **NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF KRISTEN SHAW** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has on August 1, 2018, served upon Plaintiff, via courtesy email and U.S. Mail, copies of Kristen Shaw's Subpoena Duces Tecum and Notice of Deposition sent out for service this date.

DATED this 1st day of August, 2018.

TYSON AND MENDES, LLP

By: */s/ Sitar Bhatt*
    Lynn M. Allen
    Sitar Bhatt
    *Attorneys for Defendants*

**TYSON & MENDES, LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiff*


By: */s/ Christie Carstensen*