Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>American Family Insurance, a licensed insurance company,<br><br>　　　　　　　　Defendant. | No. 2:17-CV-2648-PHX-DLR<br><br>**NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF JIM O'TOOLE** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has on August 16, 2018, served upon Plaintiff, via courtesy e-mail and U.S. Mail, copies of Jim O'Toole's Subpoena Duces Tecum and Amended Notice of Deposition sent out for service this date.

DATED this 16th day of August, 2018.

　　　　　　　　　　　　　　　　TYSON AND MENDES, LLP

　　　　　　　　　　　　　　　　By: */s/ Sitar Bhatt*
　　　　　　　　　　　　　　　　　　Lynn M. Allen
　　　　　　　　　　　　　　　　　　Sitar Bhatt
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**T**YSON **& M**ENDES**, LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiff*


By: */s/ Christie Carstensen*