Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, <br><br> Plaintiff, <br><br> vs. <br><br> American Family Insurance, a licensed insurance company, <br><br> Defendant. | No. 2:17-CV-2648-PHX-DLR <br><br> **NOTICE OF SERVICE OF NOTICE OF DEPOSITION TO BRIAN TARDIF AND SUBPOENA TO APEAR FOR DEPOSITION IN A CIVIL ACTION** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has this date served upon Plaintiff, via courtesy e-mail and U.S. Mail, copies of the Notice of Deposition to Brian Tardif and the Subpoena to Appear for Deposition in a Civil Matter to Brian Tardif was sent out for service this date.

DATED this 20th day of August, 2018.

TYSON AND MENDES, LLP

By: */s/ Sitar Bhatt*
    Lynn M. Allen
    Sitar Bhatt
    *Attorneys for Defendants*

T‍yson & M‍endes, LLP

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiff*


By: */s/ Christie Carstensen*