1  Lynn M. Allen, State Bar Number 012612
   lallen@tysonmendes.com
2  Sitar Bhatt, State Bar Number 029622
   sbhatt@tysonmendes.com
3  **TYSON & MENDES, LLP**
   706 East Bell Road, Suite 129
4  Phoenix, Arizona 85022
   Telephone: (602) 386-5656
5  Facsimile: (602) 386-5657
   *Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, <br><br> Plaintiff, <br><br> vs. <br><br> American Family Insurance, a licensed insurance company, <br><br> Defendant. | No. 2:17-CV-2648-PHX-DLR <br><br> **NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL REPSONE TO MANDATORY INITIAL DISCOVERY RESPONSES** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has this date served upon Plaintiff, via courtesy e-mail and U.S. Mail, its Second Supplemental Response to Mandatory Initial Discovery Responses.

DATED this 22nd day of August, 2018.

TYSON AND MENDES, LLP


By: */s/ Sitar Bhatt*
   Lynn M. Allen
   Sitar Bhatt
   *Attorneys for Defendants*

Tyson & Mendes, LLP

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 22, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Jordan Wolff
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
jwolff@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*


By: */s/ Christie Carstensen*