Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, | No. 2:17-CV-2648-PHX-DLR |
| Plaintiff, | **NOTICE OF SERVICE OF AMENDED NOTICES OF DEPOSITION AND AMENDED SUBPOENAS TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** |
| vs. | |
| American Family Insurance, a licensed insurance company, | |
| Defendant. | |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has this date served upon Plaintiff, via courtesy e-mail and U.S. Mail, its:

● Amended Notice of Deposition to Tracey Herbert and Amended Subpoena to Testify at a Deposition in a Civil Action to Tracey Herbert;

● Amended Notice of Deposition to Joe Rezzonico and Amended Subpoena to Testify at a Deposition in a Civil Action to Joe Rezzonico;

● Amended Notice of Deposition to L. Ross Frazier and Amended Subpoena to Testify at a Deposition in a Civil Action to L. Ross Frazier; and

**TYSON & MENDES, LLP**

● Amended Notice of Deposition to Ken Baker and Amended Subpoena to Testify at a Deposition in a Civil Action to Ken Baker.

DATED this 22nd day of August, 2018.

                              TYSON AND MENDES, LLP

By: */s/ Sitar Bhatt*
      Lynn M. Allen
      Sitar Bhatt
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Jordan Wolff
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
jwolff@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: */s/ Christie Carstensen*

2