Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| James W. Denby, a single male<br><br>Plaintiff,<br><br>vs.<br><br>American Family Insurance, a licensed insurance company<br><br>Defendants. | Case No.: 2:17-cv-02648-DLR<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME FOR DISCLOSURE OF EXPERT WITNESSES (FIRST REQUEST)**<br><br>(Assigned to the Hon. Douglas Rayes) |
|---|---|

Plaintiff James Denby and Defendant American Family Insurance (collectively referred to as the "Parties"), by and through undersigned counsel, hereby submits this Joint Stipulated Motion to Extend Time for Disclosure of Experts. This is the Parties' first request for an extension of time regarding expert disclosures.[1]

The Parties jointly request that the Court extend the deadlines as follows:

| 1. | Deadline for Plaintiffs' Expert Disclosures | October 27, 2018 |
|---|---|---|
| 2. | Deadline for Defendants' Expert Disclosures | November 30, 2018 |
| 3. | Deadline for Rebuttal Expert Disclosures | December 14, 2018 |

---

[1] On June 6, 2018, Defendant submitted a stipulation to extend deadline for taking fact witness' deposition. (Doc. 28). The Court granted the stipulation the same day. (Doc. 29).

| 4. | Deadline for All Expert Depositions | February 15, 2019 |
|---|---|---|
| 5. | Deadline for Dispositive Motions | March 15, 2019[2] |

This Motion is made in good faith and not for the purpose of delay and no party will be prejudiced by the foregoing dates. Plaintiff's counsel and Defendant's counsel therefore respectfully request that the Court grant this Joint Stipulated Motion to Extend Time for Disclosure of Experts.

**RESPECTFULLY SUBMITTED** this 30th day of August 2018.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    Jordan C. Wolff
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**TYSON & MENDES, LLP**

By   /s/ Sitar Bhatt   (*with permission*)
    Lynn M. Allen
    Sitar Bhatt
    706 East Bell Road, Suite 129
    Phoenix, Arizona 85022
    *Attorneys for Defendant American Family Insurance*

---

[2] The February 15 and March 15 dates are tentative because Defendant's counsel has a two-week trial in January 2019 and Plaintiff's counsel has a seven (7) day trial in March 2019.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

>Lynn M. Allen
>Sitar Bhatt
>TYSON & MENDES, LLP
>706 East Bell Road, Suite 129
>Phoenix, Arizona 85022
>*Attorneys for Defendant American Family Insurance*

By       /s/ Jordan C. Wolff

3