Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, )<br><br>                        Plaintiff, )<br><br>        vs. )<br><br>American Family Insurance, a licensed )<br>insurance company, )<br><br>                        Defendant. )<br><br>_____ ) | No. 2:17-CV-2648-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant American Family Insurance, by and through undersigned counsel, herein

gives notice that it has this date served upon all parites, via courtesy e-mail and U.S. Mail,

its:

- Notice of Deposition to David Joel Luster and Subpoena to Testify at a Deposition

  in a Civil Action to David Joel Luster; and

- Notice of Deposition to Paul Tice and Subpoena to Testify at a Deposition in a

  Civil Action to Paul Tice.

DATED this 7th day of September, 2018.

/ / /

**TYSON & MENDES, LLP**

1

2

3

4

TYSON AND MENDES, LLP

By: */s/ Sitar Bhatt*
      Lynn M. Allen
      Sitar Bhatt
      *Attorneys for Defendants*

5

**CERTIFICATE OF SERVICE**

6

7

      I hereby certify that on September 7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

8

9

10

11

12

13

14

15

Robert T. Mills
Sean A Woods
Jordan Wolff
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
jwolff@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

16

17

By: */s/ Christie Carstensen*

18

19

20

21

22

23

24

25

26

2