Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile: (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male, <br><br>　　　　　　Plaintiff, <br>vs. <br><br>American Family Insurance, a licensed insurance company, <br><br>　　　　　　Defendant. | No. 2:17-CV-2648-PHX-DLR <br><br>**NOTICE OF SERVICE OF DEFENDANT'S THIRD SUPPLEMENTAL REPSONE TO MANDATORY INITIAL DISCOVERY RESPONSES** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has this date served upon Plaintiff, via courtesy e-mail and U.S. Mail, its Third Supplemental Response to Mandatory Initial Discovery Responses.

DATED this 13th day of September, 2018.

　　　　　　　　　　　　　　TYSON AND MENDES, LLP


　　　　　　　　　　　　　　By: */s/ Sitar Bhatt*
　　　　　　　　　　　　　　　　　Lynn M. Allen
　　　　　　　　　　　　　　　　　Sitar Bhatt
　　　　　　　　　　　　　　　　　*Attorneys for Defendant American Family Insurance*

T‍YSON & M‍ENDES, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Jordan Wolff
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
jwolff@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*


By: */s/ Christie Carstensen*

2