Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>        Plaintiff,<br><br>vs.<br><br>American Family Insurance,<br><br>        Defendant. | Case No.: 2:17-cv-02648- SMB<br><br>**NOTICE OF SERVICE OF THIRD SUPPLEMENTAL MANDATORY INITIAL DISCOVERY PILOT RESPONSES**<br><br>(Assigned to the Hon. Susan M Brnovich) |

PLEASE TAKE NOTICE that on December 14, 2018, Plaintiff served his Third Supplemental Mandatory Initial Discovery Pilot Responses on all counsel via US mail and/or electronic mail.

**RESPECTFULLY SUBMITTED** this 14th day of December 2018.

**MILLS + WOODS LAW, PLLC**

By    /s/ Jordan C. Wolff
      Robert T. Mills
      Sean A. Woods
      Jordan C. Wolff
      5055 North 12th Street, Ste 101
      Phoenix, Arizona 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of December 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via US mail or electronic mail:

>Lynn M. Allen
>Sitar Bhatt
>TYSON & MENDES, LLP
>706 East Bell Road, Suite 129
>Phoenix, Arizona 85022
>*Attorneys for Defendant American Family Insurance*

By     /s/ Jordan C. Wolff