Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male,<br><br>                              Plaintiff,<br><br>vs.<br><br>American Family Insurance, a licensed insurance company,<br><br>                              Defendant. | No. 2:17-CV-2648-PHX-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FOURTH SUPPLEMENTAL REPSONE TO MANDATORY INITIAL DISCOVERY RESPONSES** |

Defendant American Family Insurance, by and through undersigned counsel, herein gives notice that it has this date served upon Plaintiff, via courtesy e-mail and U.S. Mail, its Fourth Supplemental Response to Mandatory Initial Discovery Responses.

DATED this 11th day of January, 2019.

TYSON AND MENDES, LLP

By: */s/ Sitar Bhatt*
      Lynn M. Allen
      Sitar Bhatt
      *Attorneys for Defendants*

**TYSON & MENDES, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A Woods
Jordan Wolff
Angelini Mills Woods & Ori Law PLLC
5055 N 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
jwolff@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: */s/ Christie Carstensen*