Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| James W. Denby, | Case No.: 2:17-cv-02648-SMB |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S FOURTH SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |
| vs. | |
| American Family Insurance, | |
| Defendant. | (Assigned to the Hon. Susan M. Brnovich) |

PLEASE TAKE NOTICE that on March 5, 2019, Plaintiff served his Fourth Supplemental Mandatory Initial Discovery Pilot Responses on all counsel via US mail and/or electronic mail.

**RESPECTFULLY SUBMITTED** this 5th day of March 2019.

                                    **MILLS + WOODS LAW, PLLC**

                                    By   /s/ Jordan C. Wolff
                                           Robert T. Mills
                                           Sean A. Woods
                                           Jordan C. Wolff
                                           5055 North 12th Street, Ste 101
                                           Phoenix, Arizona 85014
                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 5th day of March 2019, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via US mail or electronic mail:

>Lynn M. Allen
>Sitar Bhatt
>TYSON & MENDES, LLP
>706 East Bell Road, Suite 129
>Phoenix, Arizona 85022
>*Attorneys for Defendant American Family Insurance*

By  /s/ Jordan C. Wolff