Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>American Family Insurance,<br><br>　　　　Defendant. | Case No.: 2:17-cv-02648-SMB<br><br>**NOTICE OF ATTORNEY WITHDRAWAL – NO LONGER WITH FIRM**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

NOTICE IS HEREBY GIVEN that Jordan C. Wolff, formerly of Mills + Woods Law, PLLC, is withdrawn as attorney of record representing Plaintiff James W. Denby. Please address all future correspondence to the other attorneys of record:

> Robert T. Mills
> Sean A. Woods
> swoods@millsandwoods.com
> rmills@millsandwoods.com
> docket@millsandwoods.com
> **Mills + Woods Law, PLLC**
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> Phone: 480.999.4556
> Fax: 480.999.4750

**Please remove Jordan C. Wolff from any address list, including email lists.**

　　　　**RESPECTFULLY SUBMITTED** this 3rd day of October 2019.

**MILLS + WOODS LAW, PLLC**

By  /s/Sean A. Woods
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> Lynn M. Allen
> Sitar Bhatt
> TYSON & MENDES, LLP
> 706 East Bell Road, Suite 129
> Phoenix, Arizona 85022
> *Attorneys for Defendant American Family Insurance*

  /s/ Elisabeth A. Small