Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendant American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single male,<br><br>           Plaintiff,<br><br>vs.<br><br>American Family Insurance, a licensed insurance company,<br><br>           Defendant. | No. 2:17-CV-2648-PHX-SMB<br><br>**DEFENDANT'S MOTION *IN LIMINE* NO.1 TO PRECLUDE REPTILE THEORY AND GOLDEN RULE ARGUMENTS**<br><br>(Oral argument requested) |

## I.     Introduction.

Defendant American Family Mutual Insurance Company ("American Family") moves to preclude plaintiff James W. Denby and his counsel from questions and/or arguments based on the "reptile theory." These arguments are impermissible "golden rule" arguments designed to persuade the jury to make decisions based on concerns about their own safety and safety of the community. Such questions and arguments create the potential for mistrial because they ask the jury to disregard the evidence and law and to instead decide the case based on the jurors' passion, prejudice, and emotions, which is prohibited under Rule 403, Fed. R. Evid. American Family has met and conferred with plaintiff in compliance with the Court's July 2, 2019 Trial Setting Order (Doc. 79).

**TYSON & MENDES, LLP**

## II.	Argument.

In 2009, David Ball and Don C. Kennan co-authored *Reptile: The 2009 Manual of Plaintiff's Revolution*, which is based on the concept that the "reptilian" portion of the brain drives jurors to make decisions based on survival of the juror and the community. Central to this strategy are questions and arguments about defendant "needlessly endangering a [plaintiff]." While seemingly innocuous, these questions are actually designed to misdirect the jury's attention from the actual standard of care and instead decide (with benefit of 20:20 hindsight) what would have been the safest possible action. This manipulation of the standard of care to create strict liability is contrary to Arizona law and should be precluded at trial. *See Brooks v. Caterpillar Glob. Mining Am., LLC,* 2017 WL 3401476, at *9 (W.D. Ky. Aug. 8, 2017); *Grisham v. Longo,* 2018 WL 4404069, at *1 (N.D. Miss. Sept. 14, 2018); *Roman v. MSL Capital, LLC,* 2019 WL 1449499, at *5 (C.D. Cal. Mar. 29, 2019); *Fitzpatrick v. Wendy's Old Fashioned Hamburgers of New York, Inc.,* 2019 WL 5792847, at *12 (Mass. App. Ct. Nov. 7, 2019).

Further, a damage award, if any, should <u>compensate</u> the plaintiff for the injury sustained and not <u>punish or make an example</u> of the defendant. Moreover, damage awards cannot place a plaintiff in a better position than he would have been in absent the alleged wrongdoing. Thus, any attempt by plaintiff to generalize and expand the issues in this case to apply to hypothetical, community-at-large scenarios should be prohibited, as they are analogous to "golden rule." Ultimately, a jury must impartially award damages based upon <u>evidence specific to the plaintiff</u>; a "golden rule" argument is improper.

**TYSON & MENDES, LLP**

### III.  Conclusion.

For the reasons set forth above, American Family respectfully requests the Court preclude plaintiff's counsel from asking questions or making any argument based on the reptile theory, golden rule, or public/community safety.

DATED this 15th day of November, 2019.

                TYSON AND MENDES, LLP

                By: */s/ Sitar Bhatt*
                    Lynn M. Allen
                    Sitar Bhatt
                    *Attorneys for Defendants*

**TYSON & MENDES, LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014
docket@millsandwoods.com
swoods@amwolawaz.com
rmills@amwolawaz.com
*Attorneys for Plaintiff*

By: */s/ Christie Carstensen*